# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America )<br>)<br>v.     )<br>)<br>JOHN E. LUCHETTI     )<br>)<br>_____     )<br>Defendant     ) | Case No.  11-M- 2020 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __February 11, 2011__ in the county of ___Erie___ in the Western District of New York, the defendant violated __18__ U.S.C. § __2252A(a)(2)__, an offense described as follows:

> knowing distribution of child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

x _____
*Complainant's signature*

Karen Wisniewski
Special Agent, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  March 15, 2011    4:24 pm

_____
*Judge's signature*

HONORABLE HUGH B. SCOTT
United States Magistrate Judge
*Printed name and title*

City and State:  Buffalo, New York

**AFFIDAVIT**

STATE OF NEW YORK    )
COUNTY OF ERIE       )  SS.:
CITY OF BUFFALO      )

Karen L. Wisniewski, being duly sworn, deposes and says:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), Immigrations and Customs Enforcement (ICE). I have been employed as a Special Agent since March, 2003. Prior to that, I was employed as a Special Agent with the United States Treasury Department, United States Customs Service, at JFK International Airport, in Queens, New York. I am currently assigned to the HSI Special Agent in Charge in Buffalo, New York. As part of my daily duties as a Special Agent with HSI, I investigate crimes involving child exploitation and child pornography, including violations pertaining to the transportation, production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography in various forms of media, including computer media.

2.   I make this affidavit in support of a criminal complaint charging **JOHN E. LUCHETTI**, of 10 Orton Place, Buffalo, New York, with knowingly distributing child pornography that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

3.   The information in this affidavit is based upon my personal knowledge and upon information provided to me by law enforcement officers and others.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that LUCHETTI did knowingly violate Title 18, United States Code, Section 2252A(a)(2).

4.   On February 11, 2011, HSI Special Agent, Chris Bennett logged onto an undercover computer, connected to the Internet, located at the HSI office in Buffalo, New York, and launched and signed into a private Peer to Peer (P2P) computer file sharing program.  He connected to a user with the screen name "Doldrum," and was able to browse through Doldrum's shared files.  He observed several image files depicting child pornography, as well as several

video files with titles indicative of child pornography. Between 3:39 PM and 3:52 PM, SA Bennett downloaded 5 image files and 7 video files from Doldrum that, based on my training and experience, depict minors engaged in sexually explicit conduct. Two of the files can be described as follows:

| Filename | Description |
| --- | --- |
| Brazil_paed065-3 | An image file depicting a pre-pubescent boy with the penis of an adult male in his mouth. |
| 10 Movie Clip | A video file approximately 0.07 in length which depicts a naked -re-pubescent male child being anally penetrated by an adult male. |

5.   During the download of the files, SA Bennett used a software utility to identify the IP address of Doldrum's computer, which was 67.242.144.173. Internet database research revealed that the above IP address is registered to Time Warner Cable, an Internet service provider, and that service was provided to a location in or near Buffalo, NY at the time of the download.

6.   Subsequently, an administrative subpoena was submitted to Time Warner Cable requesting subscriber information for the user of this IP address between 3:39p.m. and 3:52p.m. EST on February 11,

2011. Time Warner provided the identity and address of the subscriber (hereinafter, SUBSCRIBER) associated with this IP address.

7. It was subsequently determined that SUBSCRIBER was not the individual who utilized the username Doldrum, and that SUBSCRIBER maintained a wireless router at his residence that was not password protected, and could therefore be accessed by others in the vicinity of his residence.

8. The peer to peer software utilized by Doldrum keeps a connection log that records the date, time, and IP address, for each time the user connects to the Internet and uses the software. Through further examination of connection logs for the Doldrum username account, HSI agents determined that two of the IP addresses utilized by Doldrum were associated with the State University of New York at Buffalo.

9. According to a representative of SUNY-Buffalo, the University provides students with a secure token in order to access the Internet. The student is the only authorized user of that token and accesses the Internet through a password that the student

has created.  According to SUNY-Buffalo, an individual named John E. LUCHETTI, was the user of the above-referenced IP addresses, at the times which correspond to the connection logs for the Doldrum username.  Additionally, LUCHETTI's registered address on file with SUNY-Buffalo is 10 Orton Place, Apartment 4, in Buffalo, New York, which is adjacent to SUBSCRIBER's residence, referenced in paragraph 6, above.

10.  On March 9, 2011, based on the above investigation, I obtained a federal search warrant issued in the Western Judicial District of New York authorizing a search of LUCHETTI's residence, located at 10 Orton Place, Buffalo, NY, for evidence of child pornography.

11.  On March 10, 2011 a federal search warrant was executed at 10 Orton Place, Apartment 4, Buffalo, New York.  HSI agents spoke with LUCHETTI, who made the following statements in sum and substance.  LUCHETTI stated that he views images and videos of child pornography a few times a month, and has saved some of the images and videos, but has deleted the "gross" ones.  LUCHETTI advised agents that he had performed felatio on a 16 year old boy when he was 22 years old.  LUCHETTI told agents that he masturbates

to the images of child pornography on his computer. Finally, LUCHETTI admitted to agents that he is the individual who utilized the Doldrum username.

12. LUCHETTI directed agents to his computers, which were seized by agents. A forensic analysis of his computers was conducted by HSI Computer Forensic Agent (CFA) Joseph Gillett in Buffalo, New York. The examination of LUCHETTI's computer located visual depictions of minors engaged in sexually explicit conduct. Among the files on LUCHETTI's computer were the following images and videos:

| Filename | Description |
|---|---|
| *Kids 10 y hole widened and being fucked violently by two adults* | A video file where a prepubescent white boy is anally penetrated by both the penis and finger of an adult white male, as he is being forcibly held down by another adult white male. |
| *!Fuck Lil Broi & Cum* | A video file where two prepubescent white boys are naked on a bed, and one of the boys is anally penetrated by a white male penis who then |

| Filename | Description |
|---|---|
|  | ejaculates on the stomach of the boy. |

13. I personally viewed these images with CFA Gillett on March 15, 2011. Based on my visual inspection of these images, I believe they appear to depict children under the age of eighteen engaged in sexually explicit conduct.

14. The computer owned by LUCHETTI is a Toshiba Satellite C655D, bearing serial number 8A5166362Q. The computer contains a Seagate hard drive, manufactured in China.

WHEREFORE, based on the foregoing, I respectfully submit that there is probable cause to believe that John LUCHETTI did knowingly violate Title 18 United States Code, Section 2252A(a)(2)(A), knowing distribution of child pornography, that has been mailed or, using any means or facility of interstate or foreign commerce, been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer,

in that he used a computer connected to the internet to distribute visual depictions of minors engaged in sexually explicit conduct.

_____
KAREN WISNIEWSKI
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 15th day of March 2011.

_____
HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE