UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

            v.

JOHN LUCHETTI,

            Defendant.

_____

**11-CR-143**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Richard J. Arcara, Senior United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Brian P. Comerford, dated January 5, 2022 |
| **RELIEF REQUESTED:** | Early termination of supervised release. |
| **DATED:** | Buffalo, New York, January 5, 2022 |

         **/s/ Brian P. Comerford**
         Brian P. Comerford
         Assistant Federal Public Defender
         Federal Public Defender's Office
         300 Pearl Street, Suite 200
         Buffalo, New York 14202
         (716) 551-3341, (716) 551-3346 (Fax)
         brian_comerford@fd.org
         *Counsel for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                              11-CR-143

        v.

                                                          **AFFIRMATION**

JOHN LUCHETTI,

        Defendant.

_____

        **BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1.     I represent the defendant, John Luchetti.

2.     On October 29, 2013, Your Honor sentenced Mr. Luchetti to a term of 96 months to be followed by 5 years of supervised release. Mr. Luchetti completed his prison sentence on March 2, 2018. He has been on supervised release since that date, and is scheduled to complete supervision on March 1, 2023. (As of this filing he has completed 3 years and 10 months on supervision, and has 1 year and 2 months remaining).

3.     Mr. Luchetti has done exceptionally well on supervision. He has been consistently employed, engaged in treatment, and has had no violations.

4.     Mr. Luchetti has worked at Geico for the past 3.5 years. He has been promoted several times and is now a Senior Claims Adjuster. In August of 2020 he moved to the District of New Jersey when he was promoted to a position in Geico's New Jersey Office.

5.     Mr. Luchetti is presently supervised by the United States Probation Office for the District of New Jersey. His Probation Officer, Senior USPO Matthew Kurzawa indicated the following to me in an email when I inquired about his office's position on this motion:

"Mr. Luchetti has shown to be an exemplary supervised releasee since being supervised in our District. He has been employed full time since his arrival and has an excellent work ethic, performance and attendance. Mr. Luchetti's computer has been continually monitored with monitoring software and there have been no issues or concerns with his computer use. He has tested negative on recent polygraph examinations and drug tests and he is current on his sex offender registration obligations to date. He has successfully completed sex offender therapy and has voluntarily agreed to continue for his own benefit and interest. Overall, he has remained extremely motivated and interested in his own supervision throughout his time with our office and is considering a low risk to reoffend based on his performance under supervision coupled with risk level assessments we conduct."

6. As stated by Officer Kurzawa, Mr. Luchetti agreed to continue with mental health treatment for his own benefit. He has candidly stated to me that his mental health treatment has been very helpful dealing with events over the past two years, including the death of his mother and sister. Mr. Luchetti told me that the skills he has learned in mental health treatment have "been extremely helpful through these personal difficulties." He "gets a lot out of treatment" and will continue attending treatment sessions after his term of supervision is completed.

7. I have discussed this request with SUSPO Matthew Kurzawa and he indicated that his office is not opposed to early termination of supervision.

8. I have discussed this request with the United States Attorney's Office and they indicated that after the filing of this motion, an AUSA would be assigned and indicate whether their office was opposed to early termination.

9. For all of these reasons, I respectfully request that the Court grant Mr. Luchetti early termination of supervised release.

**DATED**: Buffalo, New York, January 5, 2022

Respectfully submitted,

<u>**/s/ Brian P. Comerford**</u>
Brian P. Comerford
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*